PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Victoria__ DIVISION

United States Courts
Southern District of Texas
F I L E D

MAY 0 4 2022

Nathan Ochsner
Clerk of Court

__Marcus Bell   2019243__
Plaintiff's Name and ID Number

__McConnell Unit__
Place of Confinement

CASE NO. __6:22-cv-17__
(Clerk will assign the number)

v.

__Charles Lyons   101 John Stockbauer  Victoria Tx 77904__
Defendant's Name and Address

__Donna Frontz   101 John Stockbauer  Victoria Tx 77904__
Defendant's Name and Address

__Mellisa Gomez   101 John Stockbauer  Victoria Tx 77904__
Defendant's Name and Address

(DO NOT USE "ET AL.")
__Terra Paddock   101 John Stockbauer Victoria Tx 77904__

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: March 7, 2022
        2. Parties to previous lawsuit:
           Plaintiff(s) Marcus Bell
           Defendant(s) Charles Lyons
        3. Court: (If federal, name the district; if state, name the county.) Southern
        4. Cause number: 6:22-CV-00011
        5. Name of judge to whom case was assigned: Judge Drew B. Tipton
        6. Disposition: (Was the case dismissed, appealed, still pending?) Voluntarily Dismissed
        7. Approximate date of disposition: April 8, 2022

Rev. 05/15

## Previous lawsuits

1. Date of filing lawsuit: February 4, 2022
2. Parties to previous lawsuit:
   Plantiff - Marcus Bell
   Defendant - Jessica Briones
3. Court: Southern
4. Cause number: 6:22-CV-00005
5. Judge: David Hittner
6. Disposition: Voluntarily Dismissal
7. Approximate date of disposition: March 16, 2022

II. PLACE OF PRESENT CONFINEMENT: McConnell Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Marcus Bell #2019243
McConnell Unit - 3001 South Emily Dr.
Beeville Tx 78102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Charles Lyons - Unit Supervisor - Victoria Parole Division
101 John Stockbauer Victoria Tx 77903

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant violated Plantiffs due process and 14th Admendment rights

Defendant #2: Donna Frontz - parole officer - Victoria Parole Division
101 John Stockbauer - Victoria Tx 77903

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Defendant violated Plantiffs due process and 14th Admendment rights

Defendant #3: Mellisa Gomez - parole officer - Victoria Parole Division
101 John Stockbauer - Victoria Tx 77903

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Defendant violated Plantiffs due process and 14th Admendment rights

Defendant #4: Terra Paddock - parole officer - Victoria Parole Division
101 John Stockbauer - Victoria Tx 77903

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant violated Plantiffs due process and 14th Admendment rights

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

From January 2021 to April 2021 plantiff was placed undictively under the supervision of Charles Lyons, Donna Frontz, Mellisa Gomez, and Terra Paddock. At most times not knowing who exactly his officer was. When contact with such officers is difficult or unsuccessfull only to be met with contempt. At this time during a series of revocation hearings he did not know prior, during but after of such officer. Plantiff was not given proper intel to have witness at hearings. Unit supervisor of these officers Charles Lyons would then act as charging and recommending officer being the same individual at two hearings also showed open hostility and threatening plantiff with revocation prior to warrant Even though knowing circumstances & difficulties of plantiff first intentions being imprisonment regardless of accomplishments of plantiff

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Reversal of imprisonment of being held. Compensatory, Nominal, and Punitive Damages in the sum of $20,000 other just and equitable relief that this Honorable court deems necessary

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
N/A

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
N/A

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES ____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: **April 28, 2022**
(DATE)

_Marcus Bell_
_Marcus Bell_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __28__ day of __April__, 20 __22__.
    (Day)          (month)         (year)

_Marcus Bell_
_Marcus Bell_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5