UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

Marcus Bell, §
 Plantiff §
 §
vs. § Civil Action No. 6.22-CV-00017
Charles Lyons, et, al, §
 Defendants §

United States Courts
Southern District of Texas
FILED
June 16, 2022
Nathan Ochsner, Clerk of Court

## Motion to Voluntary Dismissal of Case

I, Marcus Bell, plantiff seek voluntary dismissal so I may further seek exhaustion of state and appealate procedures as recommended by the Court

Sincerely
Marcus Bell

Marcus Bell #45865
Victoria County Jail
101 N. Glass
Victoria Tx 77901

June 12, 2022
Date

Marcus Bell #45865
Victoria County Jail
101 N. Glass
Victoria Tx 77901

*Legal*
*Mail*

CORPUS CHRISTI
TX 784
13 JUN 2022
PM 2 T

United States District Clerk
312 S. Main St, Rm 406
Victoria, TX 77901