United States District Court
Southern District of Texas
**ENTERED**
June 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MARCUS BELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:22-CV-00017 |
| | § | |
| CHARLES LYONS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CASE

Plaintiff's motion to voluntarily dismiss this action (D.E. 19) is **GRANTED**, and this action is **DISMISSED without prejudice**. The Clerk of the Court is hereby **DIRECTED** to **CLOSE** this case.

ORDERED on June 17, 2022.

_____
Julie K. Hampton
United States Magistrate Judge